**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | |
|---|---|
| MARY CATHLEEN CAMERON, *on behalf of herself and all individuals similarly situated,*<br><br>         Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY,<br><br>         Defendant. | Case No.: 1:22-cv-00694-MRB<br><br>Judge: Michael R. Barrett |

**PLAINTIFF MARY CATHLEEN CAMERON'S NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Mary Cathleen Cameron, through the undersigned counsel, hereby voluntarily dismisses this action without prejudice, each side to bear its own costs.

Respectfully submitted,

*/s/ Frank A. Bartela*
Patrick J. Perotti, Esq. (#0005481)
Nicole T. Fiorelli, Esq. (#0079204)
Frank A. Bartela, Esq. (#0088128)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391 // (440) 352-3469 Fax
Email: *pperotti@dworkenlaw.com*
         *nfiorelli@dworkenlaw.com*
         *fbartela@dworkenlaw.com*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, a copy of the foregoing *Plaintiff Mary Cathleen Cameron's Notice of Voluntary Dismissal* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

> */s/ Frank A. Bartela*
> Frank A. Bartela, Esq. (#0088128)
> **Dworken & Bernstein Co., L.P.A.**
>
> *One of the Attorneys for Plaintiff and the Class*